UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) EYE INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Lynne Patrick v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC<br><br>EDLA No. [xx-xxxx] | MDL No. 3023<br><br>Section: "H" (5)<br><br>HON. JANE T. MILAZZO |

## FIRST AMENDED SHORT FORM COMPLAINT

Plaintiff(s) incorporate by reference the Master Long Form Complaints and Jury Demands Filed in the above-referenced case on May 13, 2022 (Docs. 25 & 26). Pursuant to Case Management Order No. 2, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Master Long Form Complaints against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:

   Lynne Patrick

2. Spousal Plaintiff of other party making loss of independent/secondary claim (i.e., loss of consortium):

   Not Applicable

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Not Applicable

4. Current State of Residence:  South Carolina

1

5. State in which Plaintiff(s) allege(s) injury: New York

6. Defendants (check all Defendants against whom a Complaint is made):

   a. Taxotere Brand Name Defendants

   [X] A.  Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

   [X] B.  Sanofi-Aventis U.S. LLC

   b. Other Brand Name Drug Sponsors, Manufacturers, Distributors

   [ ] A.  Accord Healthcare, Inc.

   [ ] B.  Actavis LLC f/k/a Actavis Inc.

   [ ] C.  Actavis Pharma, Inc.

   [ ] D.  Eagle Pharmaceuticals, Inc.

   [ ] E.  Hospira, Inc.

   [ ] F.  Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

   [ ] G.  Pfizer Inc.

   [ ] H.  Sagent Pharmaceuticals, Inc.

   [ ] I.  Sandoz Inc.

   [ ] J.  Sun Pharma Global FZE

   [ ] K.  Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories

   [ ] L.  Teikoku Pharma USA, Inc.

   [ ] M.  Other:

7. Basis for Jurisdiction:

   Diversity of Citizenship

   Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8. Venue:

   District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing order entered by this Court:

   Northern District of New York

9. Brand Product(s) used by Plaintiff (check applicable);

   [X] A.   Taxotere

   [ ] B.   Docefrez

3

☐ C. Docetaxel Injection

☐ D. Docetaxel Injection Concentrate

☐ E. Unknown

☐ F. Other:

10. First Date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

Approximately from April 1, 2008 to June 26, 2008.

11. State in which Product(s) identified in question 9 was/were administered:

New York

4

12. Alleged injury:

> Plaintiff suffers from chronic and debilitating epiphora due to permanent damage to her lacrimal drainage system.

13. Counts in Master Complaint brought by Plaintiff(s):

- [x] Count I – Strict Products Liability – Failure to Warn
- [x] Count II - Negligence
- [ ] Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below if Plaintiff(s) includes additional theories of recovery. The specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Addresses(es) and Mailing Address(es) representing the Plaintiff(s):

<table>
<tr><td>

*/s/ Patrick O. Hotze*
Patrick O. Hotze, TX Bar 24047692
Karen Cannon Shanks, TX Bar 24006955
Justin E. Dunlap, TX Bar 24040835
**HOTZE RUNKLE PLLC**
1101 S. Capital of Texas Highway
Building C, Suite 100
West Lake Hills, Texas 78746
Tel: (512) 476-7771
Fax: (512) 476-7781
photze@hotzerunkle.com
karen@hotzerunkle.com
justin@hotzerunkle.com

</td><td>

*/s/ Richard M. Paul III*
Richard M. Paul III, MO Bar 44233
Laura C. Fellows, MO Bar 65896
**PAUL LLP**
601 Walnut Street, Suite 300
Kansas City, Missouri 64106
Tel: (816) 984-8100
Fax: (816) 984-8101
rick@paulllp.com
laura@paulllp.com

</td></tr>
</table>